IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAVITA NEWSOME
#217165                                                                                    PLAINTIFF

v.                                  No. 4:23-cv-1133-DPM

FEDERAL BUREAU OF INVESTIGATION
and INTERNAL REVENUE SERVICE, Identity
Theft Division                                                                           DEFENDANTS

ORDER

Newsome hasn't paid the filing or moved to proceed *in forma pauperis*; and the time to do so has passed. Doc. 2. Her mail is being returned. Doc. 3 & 4. Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

8 January 2024