IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAVITA NEWSOME
#217165                                                              PLAINTIFF

v.                          No. 4:23-cv-1133-DPM

FEDERAL BUREAU OF INVESTIGATION;
and INTERNAL REVENUE SERVICE, Identity
Theft Division                                                       DEFENDANTS

## JUDGMENT

Newsome's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 January 2024